AO 470 (8/85) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF VIRGINIA

OCT − 1 2019

UNITED STATES OF AMERICA

v.

**Falah Octavia Joe**

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT

CASE NO. 1:08cr424

Upon motion of the United States Government, it is hereby ORDERED that

a detention hearing is set for **10/3/19** at **2pm** before

the Honorable John F. Anderson, United States Magistrate Judge in Courtroom 501
<span style="font-size:smaller">Name of Judicial Officer</span>

located at 401 Courthouse Square, Alexandria, Virginia. Pending this hearing, the
<span style="font-size:smaller">Location of Judicial Officer</span>

defendant shall be held in custody by the United States Marshal

( _____ ) and produced for the hearing.
<span style="font-size:smaller">Other Custodial Official</span>

/s/
John F. Anderson
United States Magistrate Judge

Date: **October 1, 2019**

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.