IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| v.                              ) | Case No. 1:08-CR-424-PTG |
| ) | |
| FALAH OCTAVIA JOE   ) | |
| ) | |
| Defendant.              ) | |

**DEFENDANT'S POSITION ON CONDITIONAL RELEASE UNDER 18 U.S.C. § 4246(e)**

In accordance with the Court's March 27, 2025, Order, Falah Octavia Joe ("Ms. Joe"), by counsel, hereby submits her Position on Conditional Release. Ms. Joe respectfully requests that the Court grant her conditional release pursuant to 18 U.S.C. § 4246(e) as soon as a conditional release plan has been established. In support, Ms. Joe states as follows:

As the Court noted in its March 27, 2025, Order, the Forensic Psychological Evaluation dated January 8, 2025, prepared by M. Wilson, Psy.D., HSPP, Forensic Psychologist with the Federal Medical Center at Carswell, Texas, and the Certificate of Mental Disease or Defect and Dangerousness, indicates that "Ms. Joe has recovered from her mental disease to such an extent that her conditional release under an established regimen of care and treatment would no longer create a substantial risk of bodily injury to another person or serious damage to the property of another."

As the evaluation indicates, the FMC Carswell Social Work Department has begun working with Ms. Joe on developing a conditional release plan. In addition,

the Office of the Federal Public Defender has made contact with Ms. Joe's FMC Carswell social worker, Joshua Smith, who has been working with Ms. Joe on the conditional release plan. Mr. Smith has indicated that Ms. Joe has been pre-approved for housing at the House of Ruth, and should be participating in a D.C. Department of Behavioral Health intake interview in the next couple of weeks, and the final step would be for her disability benefits to be reinstated.

As soon as the primary components of the conditional release plan are secured, the plan will be submitted to the U.S. Probation Office for their review. Assuming that Probation approves the release plan, we hope to file a supplemental memorandum with the Court in short order. Accordingly, we respectfully request that the Court authorize Ms. Joe's conditional release as soon as a suitable conditional release plan is in place.

Respectfully submitted,

FALAH OCTAVIA JOE

By Counsel,

Geremy C. Kamens,
Federal Public Defender

By: ___/s/_____
Geremy C. Kamens
Va. Bar # 41596
Federal Public Defender
Attorney for Falah Octavia Joe
1650 King Street, Suite 500
Alexandria, Virginia 22314
(703) 600-0848 (telephone)
(703) 600-0880 (facsimile)
geremy_kamens@fd.org (email)